1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7                **DISTRICT OF NEVADA**

8  | UNITED STATES OF AMERICA,              )
9  |                    Plaintiff,          )
   |                                        )
10 |     v.                                 )     2:13-CR-257-LDG-(PAL)
   |                                        )
11 | CARLOS LEOS,                           )
   |                                        )
12 |                    Defendants.         )

13            **AMENDED FINAL ORDER OF FORFEITURE**

14          On April 30, 2014, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United

16  States Code, Section 853(a)(1) and (a)(2) based upon the plea of guilty by defendant CARLOS LEOS

17  to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture

18  Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to

19  the offense to which defendant CARLOS LEOS pled guilty.   Criminal Indictment, ECF No. 24;

20  Change of Plea, ECF No. 101; Plea Agreement, ECF No. 106; Preliminary Order of Forfeiture, ECF

21  No. 119.

22          This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from May 3, 2013, through June 1, 2013, notifying all potential third parties; and notified

25  known third parties by personal service or by regular mail and certified mail return receipt requested,

26  of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 132.

1      Saul Candelorio Gastellum-Sanchez was personally served with the Notice and Preliminary

2  Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service

3  of Process, ECF No. 138.

4      Jose Flores was personally served with the Notice and Preliminary Order of Forfeiture on

5  June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No.

6  138.

7      Samuel Alfonso Flores was personally served with the Notice and Preliminary Order of

8  Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of Filing Service of

9  Process, ECF No. 138.

10      Carlos Leos was personally served with the Notice and Preliminary Order of Forfeiture on

11  June 18, 2014, by the United States Marshals Service. Notice of Filing Service of Process, ECF No.

12  138.

13      Robert M. Draskovich, Jr., Attorney for Saul Candelorio Gastellum-Sanchez was personally

14  served with the Notice and Preliminary Order of Forfeiture on June 17, 2014, by the United States

15  Marshals Service. Notice of Filing Service of Process, ECF No. 138.

16      Chris Allen Aaron, Attorney for Jose Flores was personally served with the Notice and

17  Preliminary Order of Forfeiture on June 17, 2014, by the United States Marshals Service. Notice of

18  Filing Service of Process, ECF No. 138.

19      James A. Oronoz, Attorney for Samuel Alfonso Flores was personally served with the Notice

20  and Preliminary Order of Forfeiture on June 17, 2014, by the United States Marshals Service. Notice

21  of Filing Service of Process, ECF No. 138.

22      David R. Fischer, Attorney for Carlos Leos was personally served with the Notice and

23  Preliminary Order of Forfeiture on June 18, 2014, by the United States Marshals Service. Notice of

24  Filing Service of Process, ECF No. 138.

25  . . .

26  . . .

1      Attempted service upon Guadalupe Arellano-Mendoza was made by the United States

2    Marshals Service.  See Special Agent Shane Nestor of the Drug Enforcement Agency's Declaration

3    Regarding Service of Process.  Notice of Filing Service of Process, ECF No. 138.

4      This Court finds no petition was filed herein by or on behalf of any person or entity and the

5    time for filing such petitions and claims has expired.

6      This Court finds no petitions are pending with regard to the assets named herein and the time

7    for presenting such petitions has expired.

8      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

9    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

10   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

11   32.2(c)(2); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7) and shall be disposed

12   of according to law:

13      $763.00 in United States Currency.

14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

15   including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

16   income derived as a result of the United States of America's management of any property forfeited

17   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

18      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

19   certified copies to the United States Attorney's Office.

20      DATED this 4 day of August, 2014.

21

22

23

24   UNITED STATES DISTRICT JUDGE
     LLOYD D. GEORGE

25

26

**PROOF OF SERVICE**

1

2      I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals

3  were served with copies of the Final Order of Forfeiture on July 28, 2014, by the below identified

4  method of service:

5      Electronic Filing

6      Robert M. Draskovich, Jr.              Chris Allen Aaron
       Robert M. Draskovich, Chtd.           Aaron and Perry
7      815 S. Casino Center                   820 Rancho Lane
       Las Vegas, NV 89101                    Las Vegas, NV 89106
8      emagana@draskovich.com                 chrisaaronlaw@yahoo.com
       Counsel for Saul Candelorio Gastellum- Counsel for Jose Flores
9      Sanchez

                                              James A. Oronoz
10     David T. Brown                         James A. Oronoz, Chtd.
       Brown, Brown & Premsrirut              700 S. Third Street
11     520 S. 4th Street, 2nd Floor Las Vegas, NV 89101
       Las Vegas, NV 89101                    jim@oronozlawyers.com
12     master@brownlawlv.com                  Counsel for Samuel Alfonso Flores
       Counsel for Rebecca Rosas
13                                            David R. Fischer
       Dustin R. Marcello                     David R. Fischer, Esq.
14     Osvaldo E. Fumo, Chtd.                 844 East Sahara Avenue
       1212 Casino Center Blvd.               Las Vegas, NV 89104
15     Las Vegas, NV 89104                    dfischer@fischerlawlv.com
       dustin@fumolaw.com                     Counsel for Carlos Leos
16     Counsel for Delfino Solorzano

17

18                         /s/ Mary Stolz
                           Mary Stolz
19                         Forfeiture Support Associates Paralegal

20

21

22

23

24

25

26

                                   4