# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS LEOS,<br><br>    Defendant. | Case No. 2:13-cr-257-LDG (PAL)<br><br>**ORDER** |

      The defendant, Carlos Leos, has filed a Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) and U.S.G.S. §1B1.10(a)(1) (#173).  A review of the docket and the sentencing hearing establishes that the Court has already granted the defendant the full benefit of Amendment 782.  Although the Court sentenced the defendant prior to the formal adoption of Amendment 782, the Court calculated his guideline range, and sentenced him, anticipating that Amendment 782 would be formally adopted.  The Court did so by applying a two-level downward reduction to the defendant's offense level, which reduction expressly reflected the change to the drug quantity table in §2D1.1 that would subsequently be effected by the adoption of Amendment 782.

      Accordingly, as the defendant's sentence reflects that he has received the full benefit of Amendment 782,

THE COURT **ORDERS** that Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) and U.S.G.S. §1B1.10(a)(1) (#173) is DENIED.

DATED this ____ day of May, 2015.

_____
Lloyd D. George
United States District Judge