# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS LEOS,<br><br>        Defendant. | Case No. 2:13-cr-00257-LDG-PAL<br><br>*AMENDED*<br><u>ORDER</u> |

     Presently before the Court is the matter of *U.S. v. Carlos Leos*.

     On December 12, 2017, this Court held a hearing for revocation of supervised release as to defendant Carlos Leos ("Mr. Leos"). The Court ordered that Mr. Leo's existing conditions of supervision be continued with some additional conditions. The additional conditions ordered are:

1. **C.A.R.E. Program** - You shall participate in and complete the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.
RRC Placement or Location Monitoring will also be recommended in conjunction with the C.A.R.E. condition above, depending upon the needs of the offender.

2. **Drug Testing** – Upon completion of the first three months of the C.A.R.E. program, you shall be tested daily until such time the probation officer recommends testing is decreased.

3. **Written List** – You shall be required to submit a detailed written list of things that you believe trigger your use of methamphetamine. You shall be required to provide adetailed written list of things that you will do to avoid your use of methamphetamine.You shall be required to provide that list to Probation, your counselor, defense counsel;probation is directed to submit this list to the Court under seal. Further, this list mustbe completed prior being released to live at home and to work.

4. **Employment** – You shall be required to obtain employment within two weeks after you have received the authorization by the C.A.R.E. program to commence work. You shall be required to submit your work schedule to your probation officer.

5. **Curfew** – You are restricted to your residence every day from 8:00 AM to 8:00 PM as directed by the probation officer. Your curfew will continue until it is removed by the Court or at the request of the probation officer.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Mr. Leos is ordered released from custody upon confirmation from the Bureau of Prisons based upon availability of bed space in the CARE Program. He shall report directly to the CARE program upon release from custody.

DATED: January 2, 2018

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE