RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for Carlos Leos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS LEOS,<br><br>    Defendant. | Case No. 2:13-cr-00257-LDG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING AND CONSOLIDATE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Erin Gettel, Assistant Federal Public Defender, counsel for Carlos Leos, that the Revocation Hearing currently scheduled for May 8, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than September 10, 2018. It is also stipulated and agreed that the revocation hearing be consolidated with the sentencing hearing currently scheduled for October 11, 2018.

This Stipulation is entered into for the following reasons:

1. On December 12, 2017, Carlos Leos admitted to a technical violation of his supervised release, and the Court modified Leos's supervision to include completion of the C.A.R.E. program. ECF 245. The Court scheduled a sentencing hearing for October 11, 2018, to assess Leos's progress. *Id*.

2. On January 4, 2018, Leos commenced Phase I of the C.A.R.E. program. He successfully completed Phase I with no positive/missed drug tests and graduated to Phase II on March 30, 2018.

3. On April 20, 2018, probation submitted a petition for warrant alleging that Leos tested positive for methamphetamine three days prior.

4. On April 24, 2018, Leos made his initial appearance on the petition. ECF 254. At the hearing, the Court followed the parties' joint recommendation that Leos be released from custody after seven days to return to the C.A.R.E. program, and the Court set the revocation hearing on the petition for May 8, 2018. *Id*.

5. The parties request that the revocation hearing be continued to a time and date after September 10, 2018, and that the revocation hearing be consolidated with Leos's sentencing hearing currently scheduled for October 11, 2018, to allow Leos the opportunity to reenter and complete the C.A.R.E. program prior to the revocation hearing.

6. Leos will be released from custody back to the C.A.R.E. program on April 30, 2018, and he does not object to the continuance or to the consolidation of the revocation and sentencing hearings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. The parties agree to continue and to consolidate the hearings currently scheduled for May 8, 2018, and October 11, 2018.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of April 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>ERIN GETTEL<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS LEOS,<br><br>    Defendant. | Case No. 2:13-cr-00257-LDG-PAL<br><br>**ORDER** |

## FINDINGS

Based upon representations of counsel and the record in this matter, and good cause appearing therefore,

## ORDER

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for Tuesday, May 8, at 1:00 p.m. [ECF 254] and the sentencing hearing currently scheduled for October 11, 2018, at 2:00 p.m. [ECF 245] be vacated, consolidated and continued to _September 20, 2018_ at the hour of _1_:_30_ _p_.m. in Courtroom 7C.

IT IS SO ORDERED.

DATED: April _27_, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE